United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STATE FARM GENERAL INSURANCE COMPANY,

Plaintiff,

v.

BROAN-NUTONE, LLC,

Defendant.

Case No. 26-cv-03540-HSG

**SCHEDULING ORDER**

A case management conference was held on August 18, 2026. Having considered the parties' proposal, *see* Dkt. No. 23, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | October 30, 2026 |
| Close of Fact Discovery | March 19, 2027 |
| Exchange of Opening Expert Reports | April 9, 2027 |
| Exchange of Rebuttal Expert Reports | May 7, 2027 |
| Close of Expert Discovery | May 28, 2027 |
| Dispositive Motion Hearing Deadline | July 22, 2027, at 2:00 p.m. |
| Pretrial Conference | October 19, 2027, at 3:00 p.m. |
| Jury Trial (5 days) | November 1, 2027, at 8:30 a.m. |

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders. The Court further **DIRECTS** the parties to refile their stipulation with proposed order selecting an ADR process. The proposed order that the parties filed lists the requested deadline as "30 days following [the] close of fact discovery." *See* Dkt. No. 19. That does not work, and the parties need to include a date certain. The parties shall refile the stipulation and proposed order by September 15, 2026. This terminates Dkt. Nos. 19 and 23.

**IT IS SO ORDERED.**

Dated: 9/8/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California